# MEMORANDUM OPINION

No. 04-07-00877-CV

**M. E. RODRIGUEZ FUNERAL HOME, INC**.,
Appellant

v.

Patricia **BELMAREZ**, et al.,
Appellee

From the County Court at Law No 5, Bexar County, Texas
Trial Court No. 324080
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:        Alma L. López, Chief Justice
               Rebecca Simmons, Justice
               Steven C. Hilbig, Justice

Delivered and Filed: June 11, 2008

REVERSED AND RENDERED

On May 19, 2008, the parties settled this matter and filed a joint motion to reverse and render judgment in favor of Appellant M. E. Rodriguez Funeral Home, Inc. Therefore, in accordance with Texas Rule of Appellate Procedure 42.1(a)(2)(A), we hereby render judgment effectuating the parties' agreement. The judgment of the trial court is hereby reversed and a take nothing judgment is rendered in favor of Appellant M. E. Rodriguez Funeral Home, Inc.

PER CURIAM